FILED
CLERK, U.S. DISTRICT COURT

MAY - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLA SOTO, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 11-8049 JSL(JC) <br><br> ~~(PROPOSED)~~ ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss and all documents filed in support of, and in opposition thereto, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Motion to Dismiss is granted, that the Complaint and this action are dismissed with prejudice as time-barred, and that Judgment be entered accordingly.

///

---

[1]Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to Fed. R. Civ. P. 25(d).

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation, and the Judgment herein on the parties/their
3  counsel.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: 5/3/13

*Spencer Letts*

HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE