FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLA SOTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 11-8049 JSL(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted and the Complaint and this action are dismissed with prejudice as time-barred.

DATED: 5/3/13

_Spencer Letts_

HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE